USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Meyerson**

Plaintiffs,

-against-

**Peters,**

Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

***7:25-cv-7882 KMK-VR***

**VICTORIA REZNIK, United States Magistrate Judge:**

A discovery hearing (via telephone) is hereby scheduled for **November 17, 2026 at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following: The discovery issue raised in ECF 29 and 30.

**SO ORDERED.**

DATED: White Plains, New York
October 28, 2026

VICTORIA REZNIK
United States Magistrate Judge