THE QUINN LAW FIRM

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

November 13, 2026

***Via ECF***
United States Magistrate Judge Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas St., Courtroom 420
White Plains, NY 10601-4150

MEMO ENDORSED

Re: *Meyerson v. Peters, et al*, No. 1:25-cv-07882 (KMK)

Dear Magistrate Judge Reznik:

The Quinn Law Firm, PLLC represents Defendant Trooper Russell T. Peters ("Defendant") in this case. Defendant writes to respectfully withdraw his letter motion docketed at ECF 29 as he is no longer seeking the requested/disputed discovery at this time.

On October 28, 2026, Your Honor scheduled a discovery hearing for November 17, 2026 at 10:30 am related to Defendant's letter motion requesting an informal pre-motion conference to resolve a discovery dispute between the parties related to the production of certain of Plaintiff's mental health records. (D.E.'s 29,30,33) Based on information developed during fact depositions conducted this week, Defendant does not wish to pursue production of the disputed mental health records at this time.

Accordingly, Defendant respectfully requests that the Court cancel the November 17, 2026 discovery hearing and terminate the letter motion for a conference at ECF 29. Plaintiff consents to this request.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

*Steven Bushnell*

Steven J. Bushnell, Esq.
The Quinn Law Firm PLLC

Defendants' request is GRANTED. The Clerk of Court is respectfully requested to close the gavel on ECF No. 34. By November 30, 2026, the parties are directed to file a joint letter confirming whether fact discovery is complete.

CC: *Via ECF and Email*
Stephen Bergstein, Esq.
Scott A. Korenbaum, Esq.
*Plaintiff's Attorneys*

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 11/16/2026